ALFONSO BRACCO, Respondent, *v.* HYMAN SCHNITZER, Appellant.

APPEAL by the defendant from a judgment of the Municipal Court, second district, borough of Manhattan, rendered in favor of the plaintiff.

Nathan, Leventritt & Perham, for appellant.

MacElhinney & Martin, for respondent.

*Per Curiam.* The record failing to show that the defendant resides within the jurisdiction of the Municipal Court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J., and MacLEAN, J.; LEVENTRITT, J., taking no part.

Judgment reversed and new trial ordered, with costs to appellant to abide event.